HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANDARD INSURANCE COMPANY, | No. 3:19-cv-006174-RAJ |
| Plaintiff, | |
| v. | |
| BARBARA PITTMAN, et al., | ORDER |
| Defendants. | |

This matter comes before the Court on Defendants' Stipulated Motion regarding settlement. Dkt. # 35. Defendants Barbara Pittman, Tranissa Pittman, Pareece Pittman, Emmeriah McDowell, Nina Lambert, Markitta Norris, Tim Pitttman, T.P., and M.N. (collectively "Defendants") have each claimed that he or she is a valid beneficiary of the proceeds of Anthony Earl Pittman's life insurance policy in the amount of $45,000. Dkt. # 16 ¶¶ 15-20. Unable to determine which parties are the proper beneficiaries, Plaintiff Standard Insurance Company filed a complaint in interpleader requesting (1) leave to deposit the funds at issue less Plaintiff's reasonable attorney's fees and costs into the Registry of the Court; (2) that Defendants be ordered to interplead and litigate their claims to the proceeds of the policy; (3) that Plaintiff be discharged from any liability to

ORDER – 1

any Defendants arising out of the proceeds; (4) that the Court determine the entitlement of each party to the proceeds; and (5) that Plaintiff be awarded reasonable attorney's fees and costs. Dkt. # 6 at 5. The Court granted Plaintiff's requests and dismissed Plaintiff with prejudice. Dkt. # 26 at 1.

Defendants now seek to resolve this matter without a court appearance due to the COVID-19 pandemic. Dkt. # 35. They request that the remaining proceeds of the policy be equally divided and disbursed among six of the Defendants: Pareece Pittman, Tranissa Pittman, Emmeriah McDowell, Nina Lambert, T.P., and M.N. Dkt. # 35 at 2. T.P. and M.N. are minors, and Defendants ask that the Court appoint their respective mothers, Tranissa Pittman and Munera Nura, as their guardians. *Id.*

Civil Local Rule 17(c) precludes the Court from approving such a settlement involving minors in the absence of a guardian ad litem. W.D. Wash. Local Rules LCR 17(c). The rule states:

> In every case where the court is requested to approve a settlement involving the claim of a minor or incompetent, an independent guardian ad litem, who shall be an attorney-at-law, must be appointed by the court, and said guardian ad litem shall investigate the adequacy of the offered settlement and report thereon; provided, however, that the court may dispense with the appointment of the guardian ad litem if a general guardian has been previously appointed for such minor or incompetent, or if the court affirmatively finds that the minor or incompetent is represented by independent counsel.
>
> *Id.*

Here, a general guardian has not been previously appointed and no minor Defendant—or any other Defendant—is or has been represented by independent counsel. The Court will thus appoint an independent guardian ad litem to investigate the adequacy of the proposed settlement with respect to the two minors and report its findings to the Court. The Court will not approve the proposed settlement or permit disbursement of any proceeds until it reviews the findings.

The Court **ORDERS** as follows:

ORDER – 2

1. The Court **DEFERS** consideration of the proposed settlement.
2. Ms. Jo-Hanna Read, attorney-at-law, is hereby appointed guardian ad litem for minors T.P. and M.N. to investigate the adequacy of the offered settlement.
3. Within 45 days of appointment, Ms. Read will report her/his findings to the Court.

DATED this 27th day of January, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 3