THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANDARD INSURANCE COMPANY, | No. 3:19-cv-006174-RAJ |
| Plaintiff, | |
| v. | |
| BARBARA PITTMAN, et al., | ORDER |
| Defendants. | |

This matter comes before the Court on Defendants' stipulated motion regarding settlement. Dkt. # 35. In its prior order, the Court appointed Ms. Jo-Hanna Read, attorney-at-law, as settlement guardian ad litem ("SGAL") for the minors in this matter to investigate the offered settlement and confirm its adequacy with respect to the minors, as required by Civil Local Rule 17(c). *See* Dkt. # 36. Ms. Read filed a report with the Court on March 15, 2021 confirming the adequacy of the settlement for the minors in the stipulated motion based on her investigation. Dkt. # 37.

Having reviewed Ms. Read's report and conclusion confirming the adequacy of the settlement, the Court now **GRANTS** the stipulated motion regarding settlement filed by Defendants. Dkt. # 35. The Court **ORDERS** the remaining proceeds of Anthony Earl

ORDER – 1

Pittman's life insurance policy held in the Court registry to be equally divided amongst Pareece Pittman, Tranissa Pittman, Emmeriah McDowell, Nina Lambert, T.P. (a minor), and M.N. (a minor). Each of the six individuals named above will receive 1/6 of the total which is $5,417.70. The Court **ORDERS** distribution of proceeds as follows:

    1. The clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the amount of $5,417.70 plus all accrued interest, minus any statutory users fees, payable to Pareece Pittman and mail or deliver the check to Pareece Pittman;

    2. The clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the amount of $5,417.70 plus all accrued interest, minus any statutory users fees, payable to Tranissa Pittman and mail or deliver the check to Tranissa Pittman;

    3. The clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the amount of $5,417.70 plus all accrued interest, minus any statutory users fees, payable to Emmeriah McDowell and mail or deliver the check to Emmeriah McDowell;

    4. The clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the amount of $5,417.70 plus all accrued interest, minus any statutory users fees, payable to Nina Lambert and mail or deliver the check to Nina Lambert;

    5. Minor M.N.'s funds shall remain in the court registry until she turns 18 on October 1, 2021. As of October 1, 2021, the clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the amount of $5,417.70 plus all accrued interest, minus any statutory users fees, payable to M.N. and mail or deliver the check to M.N.; and

    6. For disbursement of funds to minor T.P., the clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the amount of

ORDER – 2

$5,417.70 plus all accrued interest, minus any statutory users fees, payable to T.P. in c/o Ms. Jo-Hanna Read and mail or deliver the check to Ms. Read.  Tranissa Pittman, T.P.'s mother, shall open a blocked account with a state or federal regulated and insured financial institution using her son T.P.'s Social Security Number.  She shall then inform Ms. Read of the financial institution's name, address, and account number for the blocked account.  Ms. Read shall then arrange for the deposit of the check into the blocked account and for the completion and filing of a Receipt of Funds into the Blocked Account.  Withdrawals of funds placed in the blocked account shall not be made except by court order, except that T.P. shall have full access to the account once he attains 18 years of age without further court order.

DATED this 19th day of April, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 3